# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

Transgender Person: Mrs. Eyl Keyla My Twana Camuthers Washington
(AKA) Camuthers  Dr #916815/ ,

*[You are the PLAINTIFF, print your full name on this line.]*

v.  Wcc/ Wcc/ "Wcf" -
Westville Correctional Facility
Warden- Galipeau ,

*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number    3:23-cv-499

*[For a new case in this court, leave blank. The court will assign a case number.]*

-FILED-
MAY 3 0 2023
At _____ M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* WCC/ Wcc/ "Wcf" - Westville Correctional Facility | 6501 South 1100 West Westville Ind. 46391 |
| 2 | *[Put the names of any other defendants in these boxes.]* Warden - Galipeau | 5501 S. 1100 W Westville In. 46391 |
| 3 | | |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? ___ 2 ___

2. What is the name and address of your prison or jail? "WCF" - Westville Correctional Facility - 5501 S 1100 W  Westville In. 46391

3. Did the event you are suing about happen there? ⊙ Yes.  ○ No, it happened at: _____

4. On what date did this event occur? ___ 4/03/23 ___

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

> DO NOT: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

> DO NOT: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [The first paragraph has been numbered for you.]

1. Water Contamandtion ; Infestation ; Unfit bad conditions ;
Aramark food services ; mice infestation ; Unsanatized
area ; 1st, 4th, 6th, 5th, 8th, 14th amendment violations ;
molded food ; No heat ventalization ; Smoke, 2ND hand
from drugs.    demand of 1.8 million U.S.A. Currency
        (#1)  I re-opens all entitled above violations
after stomach pains, coughing and sneezing from smoke
2ND hand ventalization inside "WCF" - Westville In. 46391 ;
5501 S 1100 W. Westville Ind. 46391  facility has
a merit for a proper venue withstanding up to over 30
more policy violations.  I have acknowledge w/ my
Review and observation Safety & Security is at High
Risk. I obviously Notice full fact finders from
mistreatment & abandonment leaves a transgender
in tears. all violations entitled above my overseer
allows to let me be violated By Warden-Galipeau
never respond. under penalties for perjury the foregoing
is trues & correct.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ✓ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ✓ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court,
      case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because ___Shannon___
   ___smith Protected Conduct Specialist has been___
   ___Contacted grievance) no Response.___
   _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]
   ___1.8. million U.S.A. Currency___
   ___To be Treated Fairly 3 Equally as I___
   ___am Gender Dysphoria Disorder)___
   _____

[Initial Each Statement]
EMCW  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
EMCW  I will keep a copy of this complaint for my records.
EMCW  will promptly notify the court of any change of address.
EMCW  I WILL NOT send more than one copy of any filing to the court.
EMCW  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
EMCW  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on __5_/_19_/20_23_ at __8__ am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

___Mrs. Washington___                        DOC#968154
**Signature**                                **Prisoner Number**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]